Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 1850
Los Angeles, CA   90014
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                          ) Case No.: 03-21630 VZ
                                )
     Dugan, Jeffrey D.          ) TRUSTEE'S NOTICE OF
                                ) UNCLAIMED DIVIDEND
                                ) (Bankruptcy Rule 3011)
                                )
                                )
                                )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

     Please find annexed hereto Check No. 478992 in the sum of $1,510.14 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.   The check was not deliverable at the address of record.   The Trustee, after due diligence, has not been able to locate the payee.   Said sum is paid over to you pursuant to Bankruptcy Rule 3011.   The record reflects the name and address of the party entitled to said unclaimed dividend to be:


               Dugan, Jeffrey D.

               356 Carrol Park West
               Long Beach, CA   90814


Date:   08/28/09
                                        _____
                                        NANCY CURRY


NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Unclaimed dividend -- forwarded to the Fiscal Department of U. S. Bankruptcy Court

| Claim No. | Case No. | Debtor Name | SSN | Amount |
|---|---|---|---|---|
| #999-0 | 03-21630 VZ | Dugan, Jeffrey D. | xxx-xx-5644 | 1,510.14 |



🔒 WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**NANCY CURRY**
**CHAPTER 13 TRUSTEE**
606 S. OLIVE ST., SUITE 1850
LOS ANGELES, CA 90014

SunTrust

64-79/611

№ **478992**

CHECK NO.

EXACTLY 1,510 DOLLARS AND 14 CENTS                    08/27/09

| | AMOUNT |
|---|---|
| | $1,510.14 |

PAY

TO THE
ORDER
OF

U. S. Bankruptcy Court
Fiscal Department
255 E. Temple St., Room 1067
Los Angeles, CA 90012

VOID AFTER 90 DAYS

⑈478992⑈ ⑆0611007⑆90⑆ ⑆00000575200 1⑈